# United States District Court

—————————— DISTRICT OF ——————————
MASSACHUSETTS

Valerie Gillen

**SUMMONS IN A CIVIL CASE**

V.  DEC 0 9 2004

CNA Group Life Assurance Company

CASE NUMBER:

# 0 4 - 1 2 5 1 7 GAO

TO: (Name and address of defendant)

CNA Group Life Assurance Company

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Allan E. Taylor, Esq.
Robert M. Elmer, Esq.
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____ twenty _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

DATE  11/30/04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | DATE 12/7/04 |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) Carey A. Luckey | TITLE Admin Asst. — DOI |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☑ Other (specify): First Class Mail to CNA Group Life Assurance Company,
CNA Center, 333 South Wabash, 43S, Chicago, IL 60685

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

RECEIVED
DEC 0 7 2004
DIVISION OF INSURANCE
LEGAL DIVISION

Signature of Server

One South Station, Boston MA 02110
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.