## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| VALERIE GILLEN | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | 04-CV-12517-GAO |
|  | ) | |
| CNA GROUP LIFE ASSURANCE COMPANY | ) | |
|  | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

NOW COMES David B. Crevier and Katherine R. Parsons and hereby enter their appearance on behalf of Defendant CNA Group Life Assurance Company in the above entitled matter.

                                        Respectfully Submitted, Defendant CNA
                                        Group Life Assurance Company, By:


                                        S/David B. Crevier
                                        David B. Crevier, BBO #557242


                                        S/Katherine R. Parsons
                                        Katherine R. Parsons, BBO # 657280
                                        CREVIER & RYAN, LLP.
                                        1500 Main Street, Suite 2020
                                        Springfield, MA 01115-5532
                                        Tel: (413) 787-2400;
                                        Facsimile: (413) 781-8235
                                        Email: dcrevier@crevierandryan.com
                                                  kparsons@crevierandryan.com

2

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on Plaintiff's counsel by first class U.S. Mail, postage prepaid this 20th day of December, 2004.

                                            S/Katherine R. Parsons
                                            Katherine R. Parsons