UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VALERIE GILLEN )<br>      Plaintiff, )<br>v. )<br>)<br>CNA GROUP LIFE ASSURANCE COMPANY )<br>      Defendant. )<br>) | 04-CV-12517-GAO |

### CNA GROUP LIFE ASSURANCE COMPANY'S
### L.R. 7.3 CORPORATE DISCLOSURE STATEMENT

Defendant CNA Group Life Assurance Company ("GLA"), pursuant to Rule 7.3 of the United States District Court for the District of Massachusetts, hereby makes the following disclosures: 1) GLA is a subsidiary of Hartford Life, Inc., which is an indirect subsidiary of Hartford Financial Services Group, a publicly traded corporation; and 2) Hartford Financial Services Group (indirectly as indicated above) is a publicly traded company that owns 10% or more of GLA's stock.

Respectfully Submitted,

DEFENDANT CNA GROUP LIFE ASSURANCE COMPANY

By its Attorneys

_[signature]_

David B. Crevier, BBO #557242
Katherine R. Parsons, BBO # 657280
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel: (413) 787-2400
Facsimile: (413) 781-8235
Email:  Dcrevier@creiverandryan.com
           Kparsons@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the forgoing was sent first class mail postage prepaid on this 12th day of January 2005, to counsel of record.

_____

F:\Files\Hartford\Hamelin\corp. dis..doc