UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALERIE GILLEN )<br>       Plaintiff, )<br>v. )<br>)<br>CNA GROUP LIFE ASSURANCE COMPANY )<br>       Defendant. )<br>) | Civ. No. 04-12517-GAO |

**DEFENDANT GLA'S MOTION FOR LEAVE TO FILE A BRIEF IN REPLY TO OPPOSITION OF PLAINTIFF TO DEFENDANT'S MOTION TO STRIKE JURY DEMAND**

Now comes Defendant CNA Group Life Assurance Company ("GLA"), pursuant to Local Rule 7.1(b)(3) of the Local Rules of the United States District Court for the District of Massachusetts ("L.R."), and hereby requests that this Court grant its Motion for Leave to File a Reply Brief to the Opposition of Plaintiff to Defendant's Motion to Strike Jury Demand ("Plaintiff's Opposition"). Defendant seeks the opportunity to briefly respond to the statements of law contained in Plaintiff's Opposition and not addressed in Defendant's Motion to Strike.

                              Respectfully Submitted,

                              Defendant CNA Group Life Assurance Company

                              By its Attorneys,

                              /s/ David B. Crevier

                              David B. Crevier, BBO # 557242
                              Katherine R. Parsons, BBO# 657280
                              CREVIER & RYAN, LLP.
                              1500 Main Street, Suite 2020
                              Springfield, MA 01115-5532
                              Tel: (413) 787-2400
                              Facsimile: (413) 781-8235
                              Email: dcrevier@crevierandryan.com
                                          kparsons@crevierandryan.com

## L.R. 7.1(A)(3) CERTIFICATE

I hereby certify that prior to filing the present motion this firm conferred and attempted to resolve, or narrow the issues presented by the motion.

_____
Katherine R. Parsons

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Plaintiff's counsel by first class U.S. Mail, postage prepaid this 1st day of February, 2005.

_____