UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALERIE GILLEN,<br><br>Plaintiff,<br><br>v.<br><br>CNA GROUP LIFE ASSURANCE COMPANY,<br><br>Defendant. | C.A. NO. 04-CV-12517-GAO |

## CNA GROUP LIFE ASSURANCE COMPANY'S CERTIFICATION REGARDING COSTS AND ALTERNATE DISPUTE RESOLUTION

Pursuant to Local Rule 16.1(d)(3), the Defendant CNA Group Life Assurance Company files this Certification Regarding Costs and Alternative Dispute Resolution.

### Certification Regarding Costs And Alternate Dispute Resolution

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course- and various alternative courses- of the litigation; and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

CNA Group Life Insurance Company,

By: Scott Bennett, Esq.
Its: Counsel

Counsel to CNA Group Life Insurance Company,

David B. Crevier
Katherine R. Parsons

F:\Files\Hartford\Gillen\Joint Statement\ADR Certification.doc