UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VALERIE GILLEN,<br><br>      Plaintiff,<br><br>v.<br><br>CNA GROUP LIFE ASSURANCE COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)   C.A. NO. 04-CV-12517-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION OF COUNSEL AND PARTIES
## PURSUANT TO LOCAL RULE 16.1(D)

The undersigned certify that we have conferred with regard to a budget for the costs of conducting the full course, as well as various alternative courses, of this litigation and with regard to the resolution of this litigation through the use of alternative dispute resolution programs.

_____
Valerie Gillen

5-18-05
Date

The Plaintiff,
VALERIE GILLEN,
By her attorneys,

_____
Allan E. Taylor
BBO #493180
Robert M. Elmer
BBO #640269
TAYLOR, DUANE, BARTON
& GILMAN, LLP
160 Federal Street
Boston, MA 02110
(617) 654-8200

I, Robert M. Elmer, attorney for the plaintiff, Valerie Gillen, hereby certify that on May 18, 2005, I served a copy of the foregoing document on all counsel of record. _____