UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
VALERIE GILLEN                              )
        Plaintiff,                          )
                                            )
v.                                          )       04-CV-12517-GAO
                                            )
CNA GROUP LIFE ASSURANCE COMPANY            )
        Defendant.                          )
_____)

## MOTION TO CONTINUE DATE FOR SETTLEMENT CONFERENCE

The Defendant, CNA Group Life Assurance Company ("CNA") hereby moves this Court to continue the date for the settlement conference from the previously established by the Court for June 30, 2005 to July 28, 2005.

As grounds for the motion, CNA states that June 30, 2005 is not convenient for settlement conference since CNA's counsel is scheduled to be on vacation with his family and has already paid for the expenses for his trip.  Thus, Defendant's counsel has been informed by this Court that Magistrate Bowlers' next available date for settlement conference is on July 28, 2005 at 10:00 A.M.

CNA's counsel and Plaintiff's counsel discussed this issue on June 8, 2005, and Plaintiff's counsel assented to this Motion to Continue Date for Settlement Conference to July 28, 2005.

## CONCLUSION

For the foregoing reasons, the CNA respectfully requests that this Court continue the settlement conference to July 28, 2005 at 10:00 A.M.

Respectfully Submitted,
Defendant CNA Group Life Assurance Company
By its Counsel:

S/David B. Crevier
David B. Crevier, BBO # 557242
Katherine R. Parsons, BBO# 657280
CREVIER & RYAN, LLP.
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel: (413) 787-2400
Facsimile: (413) 781-8235
Email: dcrevier@crevierandryan.com
       kparsons@crevierandryan.com


Assented to by,
Plaintiff Valerie Gillen,
By her counsel:

S/Robert M. Elmer
Allan E. Taylor, Esq. BBO# 493180
Robert M. Elmer, Esq. BBO# 640269
TAYLOR, DUANE, BARTON & GILMAN, LLP
160 Federal Street
Boston, MA 02110
Tel:  (617) 654-8200
Facsimile:  (617) 482-5350
Email: ataylor@tdbgllp.com
       relmer@tdbgllp.com


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Plaintiff's counsel by first class U.S. Mail, postage prepaid this 8th day of June 2005.

        S/David B. Crevier
        David B. Crevier