UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALERIE GILLEN,<br><br>    Plaintiff,<br><br>v.<br><br>CNA GROUP LIFE ASSURANCE COMPANY,<br><br>    Defendant. | C.A. NO. 04-CV-12517-GAO |

**JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**

The parties hereby move to continue the settlement conference from its currently scheduled date of Thursday, July 28, 2005 to Monday, September 26, 2005 at 10:00 a.m.

As grounds for this motion, the parties state that discovery has been proceeding in a cooperative manner. However, the parties have reason to believe that a meaningful settlement discussion will not occur absent further discovery.

The allowance of this joint motion will not prejudice either party and will avoid wasting judicial resources.

- 2 -

## **CONCLUSION**

Wherefore, the parties respectfully request that this Court continue the settlement conference from Thursday, July 28, 2005 to Monday, September 26, 2005 at 10:00 a.m.

| | |
|---|---|
| The Plaintiff, | The Defendant, CNA Group Life |
| VALERIE GILLEN, | Assurance Company |
| By her attorneys, | By its Attorneys, |
| | |
| s/Robert M. Elmer | s/David B. Crevier |
| Allan E. Taylor | David B. Crevier, BBO # 557242 |
| BBO #493180 | Katherine R. Parsons, BBO# 657280 |
| Robert M. Elmer | CREVIER & RYAN, LLP |
| BBO #640269 | 1500 Main Street, Suite 2020 |
| TAYLOR, DUANE, BARTON | Springfield, MA 01115-5532 |
| & GILMAN, LLP | Tel: (413) 787-2400 |
| 160 Federal Street | Facsimile: (413) 781-8235 |
| Boston, MA 02110 | Email: dcrevier@crevierandryan.com |
| (617) 654-8200 | kparsons@crevierandryan.com |

I**,** Robert M. Elmer, attorney for the plaintiff, Valerie Gillen, hereby certify that on July 26, 2005, I served a copy of the foregoing document on all counsel of record.

s/Robert M. Elmer