**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

VALERIE GILLEN
    Plaintiff(s)

v.

CIVIL ACTION NO. 04-12519-GAO

CNA GROUP LIFE ASSURANCE CO.
Defendant(s)

**REPORT RE: REFERENCE FOR**
**SETTLEMENT CONFERENCE**

TO JUDGE O'TOOLE

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On September 26, 2005, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    _____ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL    __X__ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]

    The parties were / were not present in person or by authorized corporate officer [except _____].

    The case was:

[X]    Settled. Your clerk should enter a ___60___ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:


September 26 2005                /s/ Marianne B. Bowler
DATE                                  ADR Provider
                                              MARIANNE B. BOWLER, U.S.M.J.

(ADRreport.wpd - 4/12/2000)                                         [adrrpt.]