UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VALERIE GILLEN )<br>    Plaintiff, )<br>v. )<br> )<br>CNA GROUP LIFE ASSURANCE COMPANY )<br>    Defendant. )<br> ) | Civ. No. 04-12517-GAO |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby voluntarily stipulate to the dismissal of the above-captioned action, in its entirety, with prejudice, each party to bear its own costs, with all rights of appeal waived.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| CNA Group Life Assurance Company | Plaintiff Valerie Gillen |
| By its attorneys, | By her attorney, |
| /s/Katherine R. Parsons | /s/Robert M. Elmer |
| David B. Crevier, BBO # 557242 | Robert M. Elmer, Esq. BBO# 640269 |
| Katherine R. Parsons, BBO # 657280 | TAYLOR, DUANE, BARTON & |
| CREVIER & RYAN, LLP. | GILMAN, LLP |
| 1500 Main Street, Suite 2200 | 160 Federal Street |
| Springfield, MA 01115-5727 | Boston, MA 02110 |
| (413) 787-2400 | (617) 654-8200 |
| (413) 781-8235 (fax) | (617) 482-5350 (fax) |
| Email: dcrevier@crevierandryan.com | email: relmer@tdbgllp.com |
|        kparsons@crevierandryan.com | |

1